1 | David Allen (SBN 87193)
2 | DAVID ALLEN & ASSOCIATES
  | 5230 Folsom Boulevard
3 | Sacramento, California 95819
  | (916) 455-4800 Telephone
4 | (916) 451-5687 Facsimile

5 | Attorneys for Plaintiffs,
  | JEREMY R. ALLEN
6 | JANET ALLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JEREMY R. ALLEN and JANET ALLEN, | ) Case No. 2:10-cv-01596-LKK-GGH |
|---|---|
| Plaintiffs, | ) NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL AND ORDER THEREON |
| v. | ) Complaint Filed: 05/10/2010 |
|  | ) Trial Date: Not Set |
| METROPOLITAN LIFE INSURANCE COMPANY, MARY ANN HARP, and DOES 1 to 100, | ) |
| Defendants. | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, JEREMY R. ALLEN and JANET ALLEN, and Defendant METROPOLITAN LIFE INSURANCE COMPANY reached an agreement to settle this matter.

The parties, through their counsel of record, thereby request Dismissal be entered in this matter in its entirety without prejudice.

---

1

SUBSTITUTION OF ATTORNEYS, [PROPOSED] ORDER THEREON

Dated: October 13, 2010                    DAVID ALLEN & ASSOCIATES

                                                                /s/ *David Allen*

                                           By_____
                                                        DAVID ALLEN
                                                        Attorney for Plaintiffs
                                                        JEREMY R. ALLEN & JANET ALLEN

## **ORDER**

Having been notified that the parties reached an agreement to settle this matter, and good cause appearing thereon, IT IS SO ORDERED this matter be dismissed as of this date.

DATED: October 15, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SUBSTITUTION OF ATTORNEYS, [PROPOSED] ORDER THEREON